# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL ARCINIEGA, <br><br> Plaintiff <br><br> v. <br><br> THE BEST SERVICE COMPANY; et al., <br><br> Defendants. | Case No.: 13-CV-2066-JAH-RBB <br><br> **Order for Dismissal** |

Pursuant to the parties' joint motion, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 14, 2014          BY: _____
                                      JOHN A. HOUSTON
                                      UNITED STATES DISTRICT JUDGE

1

Order for Dismissal